AT-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Charles S. Donovan (SBN 103667)/ Brian R. Blackman (SBN 196996)<br>Sheppard Mullin Richter & Hampton, LLP<br>4 Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>TELEPHONE NO.: 415.434.9100  FAX NO.: 415.434.3947<br>ATTORNEY FOR *(Name)*: Petitioner Sheppard Mullin Richter & Hampton, LLP | RECEIVED<br>09 SEP 16 PM 3:20<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

NAME OF COURT: United States District Court, Northern District of California
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, California
BRANCH NAME: San Francisco

PLAINTIFF: SHEPPARD MULLIN RICHTER & HAMPTON, LLP

DEFENDANT: COMERCIALIZADORA DE CALIDAD, S.A.

**EX PARTE**
☒ RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT (NONRESIDENT)
☐ ORDER FOR ISSUANCE OF ADDITIONAL WRIT OF ATTACHMENT (NONRESIDENT)

CASE NUMBER: CV 09 4309 CRB

E-filing

1. The application and supporting declaration or affidavit of plaintiff *(name)*: Sheppard Mullin Richter & Hampton, LLP
   for an ex parte
   ☒ right to attach order and order for issuance of writ of attachment
   ☐ order for issuance of an additional writ of attachment
   has been considered by the court.

**FINDINGS**

2. THE COURT FINDS
   a. Defendant *(name)*: Comercializadora de Calidad, S.A. (a.k.a. Quality Print)
      (1) ☐ is a natural person who does not reside in California.
      (2) ☒ is a foreign corporation which has not qualified to do business in California.
      (3) ☐ is a foreign partnership which has not filed a designation under Corporations Code section 15800.

   b. The claim upon which the application is based is one upon which an attachment may be issued under Code of Civil Procedure section 483.010.

   c. Plaintiff has established the probable validity of the claim upon which the attachment is based.

   d. The attachment is not sought for a purpose other than the recovery on a claim upon which the attachment is based.

   e. The amount to be secured by the attachment is greater than zero.

   f. The affidavit or declaration accompanying the application shows that the property sought to be attached, or the portion thereof described in item 3b, is subject to attachment under Code of Civil Procedure section 492.040.

   g. An undertaking in the amount of: $ 10,000.00      is required before a writ shall issue, and plaintiff
      ☐ has   ☒ has not filed an undertaking in that amount.

   h. A *Right to Attach Order was* issued pursuant to Code of Civil Procedure section 492.030 on
      *(date)*:

   i. Other *(specify)*:

(Continued on reverse)

Form Approved for Optional Use
Judicial Council of California
AT-130 [Rev. January 1, 2000]

**EX PARTE RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE
OF WRIT OF ATTACHMENT (NONRESIDENT) (Attachment)**

Code of Civil Procedure,
§§ 482.030, 492.010

American LegalNet, Inc.
www.FormsWorkflow.com

| SHORT TITLE: Sheppard Mullin Richter & Hampton, LLP v. Comercializadora de Calidad, S.A. | CASE NUMBER: |
|---|---|

## ORDER

3. THE COURT ORDERS

   a. Plaintiff has a right to attach property of the nonresident defendant named in item 2a in the amount of: $ 207,933.60

   b. The clerk shall issue  ☒ a writ of attachment   ☐ an additional writ of attachment in the amount stated in item 3a
      ☐ forthwith   ☒ upon the filing of an undertaking in the amount of: $ 10,000.00
      against the following property of defendant:
      All corporate property of respondent Quality Print including, without limitation, all accounts receivable and debts owed to respondent Quality Print.

   c. ☐   Defendant shall transfer to the levying officer possession of
      (1) ☐   any documentary evidence in defendant's possession of title to any property described in item 3b.
      (2) ☐   any documentary evidence in defendant's possession of debt owed to defendant described in item 3b.
      (3) ☐   the following property in defendant's possession (specify):

   **NOTICE TO DEFENDANT: FAILURE TO COMPLY WITH THIS ORDER MAY SUBJECT YOU TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.**

   d. ☐ Other (specify):

   e. Total number of boxes checked in item 3: 2

Date: September 15, 2009

Judge Charles R. Breyer
(TYPE OR PRINT NAME)

(SIGNATURE)

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

AT-130 [Rev. January 1, 2000]   **EX PARTE RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT (NONRESIDENT) (Attachment)**

Page two

American LegalNet, Inc.
www.FormsWorkflow.com