AT-135

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Charles S. Donovan (SBN 103667)/ Brian R. Blackman (SBN 196996)<br>Sheppard Mullin Richter & Hampton, LLP<br>4 Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>TELEPHONE NO.: 415.434.9100<br>E-MAIL ADDRESS (Optional): bblackman@smrh.com  FAX NO. (Optional): 415.434.3947<br>ATTORNEY FOR (Name): Petitioner Sheppard Mullin Richter & Hampton, LLP | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF United States District Court, Northern District of California**
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, California 94102
BRANCH NAME: San Francisco

PLAINTIFF: SHEPPARD MULLIN RICHTER & HAMPTON, LLP

DEFENDANT: COMERCIALIZADORA DE CALDID, S.A.

| **WRIT OF ATTACHMENT**<br>☐ AFTER HEARING       ☒ EX PARTE | CASE NUMBER:<br>C 09-4309 CRB |
|---|---|

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: Northern District of California

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant (name and last known address):
   COMERCIALIZADORA DE CALIDAD, S.A., a.k.a. QUALITY PRINT

   and the attachment is to secure: $ 206,263.51

4. Name and address of plaintiff: Sheppard Mullin Richter & Hampton, LLP, 4 Embarcadero Center, 17th Floor, San Francisco, California 94111-4109

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment (describe property and state its location; itemize by letter):
   All corporate property of respondent Quality Print including, without limitation, all accounts receivable and debts owed to respondent Quality Print.

   ☐ This information is on an attached sheet.

6. ☐ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor (specify):

7. ☐ The real property on which the
   ☐ crops described in item 5 _____ are growing
   ☐ timber described in item 5 _____ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

Date: 9/29/09      Clerk, by _____ Maria _____, Deputy

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
AT-135 [Rev. January 1, 2003]

**WRIT OF ATTACHMENT**
(Attachment)

Code of Civ. Proc., § 488.010
American LegalNet, Inc.
www.FormsWorkflow.com